CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
MAR 26 2010
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JASON MATTHEW MORAN,<br>    Petitioner, | Civil Action No. 7:10-cv-00012 |
| v. | **ORDER** |
| WARDEN, AUGUSTA CORR. CTR.,<br>    Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 26th day of March, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge